UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISON

| | |
|---|---|
| DAKOTA S. FISHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:22-cv-379 |
| | ) |
| CRAWFORD TRUCKING, INC. and | ) |
| DOUGLAS L. KINNEY, | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF REMOVAL**

Defendants Crawford Trucking, Inc. ("Crawford") and Douglas L. Kinney ("Kinney"), pursuant to 28 U.S.C. §1332, submit their Notice of Removal of this matter to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Hancock Superior Court 1, Greenfield, Indiana, and state as follows:

1. Crawford and Kinney are defendants in a personal injury action now pending in the Hancock Superior Court 1 under Cause No. 30D01-2112-CT-001728.

2. Plaintiff filed his Complaint in the Hancock Superior Court 1 on December 7, 2021.

3. Based upon information provided by the online docket for the Hancock Superior Court 1, Crawford was served with a copy of the Summons and Complaint on or about December 14, 2021.

4. Based upon information provided by the online docket for the Hancock Superior Court 1, Kinney was served with a copy of the Summons and Complaint on or about December 16, 2021.

5. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

6. Plaintiff, Dakota S. Fisher, is a citizen of the State of Indiana residing and domiciled at 9477 Timber View Drive, Indianapolis, Indiana. (See generally, Plaintiff's Complaint for Damages, ¶ 1).

7. Crawford is an Iowa corporation with its principal place of business in the State of Iowa located at 5201 Park Avenue, Des Moines, Iowa. As such, Crawford Trucking, Inc. is a citizen of the State of Iowa.

8. Kinney is a citizen of the State of Iowa, residing and domiciled at 2165 SE Crab Apple Street, Waukee, Iowa.

9. The controversy in this cause of action is entirely between citizens of different states.

10. While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff refused to admit that her damages are less than $75,000.00. (See, Exhibit A). Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

11. Attached hereto as Exhibit B is a complete copy of the Appearance of Bryan Tisch, Plaintiff's Complaint, Summons to Douglas L. Kinney, Summons to Crawford Trucking, Inc., Certificate of Issuance of Summons showing service

on Douglas L. Kinney, Certificate of Issuance of Summons showing service on Crawford Trucking, Inc., Appearance filed on behalf of Defendants, Motion for Enlargement of Time to Answer Complaint, Order on Defendants' Motion for Enlargement of Time and Answer, Affirmative Defenses and Demand for Trial by Jury. These documents constitute all of the pleadings and process on file with the Hancock Superior Court 1 as of the date of this filing of this Notice of Removal.

12. Attached hereto as <u>Exhibit C</u> is a separate copy of Plaintiff's Complaint filed on December 7, 2021.

13. Attached hereto as <u>Exhibit D</u> is the current State Court docket.

14. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the Hancock Superior Court 1.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

_____
Christopher R. Whitten/20429-49


_____
Matthew K. Phillips/28724-49
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

On February 24, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Bryan C. Tisch, Esq.
YOSHA COOK & TISCH
BTisch@yoshalaw.com

                                                   Christopher R. Whitten

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

4